# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Terri Lynn Mellon, | ) | |
| | ) | |
| Plaintiff, | ) | **SCHEDULING ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner | ) | |
| of Social Security, | ) | Case No. 1:18-cv-071 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

1.  Plaintiff shall have until <u>August 20, 2018,</u>to file a motion for summary judgment and supporting brief.

2.  Defendant shall have until <u>September 21, 2018</u>, to file a motion for summary judgment and supporting brief.

3.  Plaintiff shall have until <u>October 5, 2018</u>, to file a responsive brief.

Dated this 19th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court